NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KOLCRAFT ENTERPRISES, INC.,**
*Plaintiff-Appellee*

**v.**

**ARTSANA USA, INC.,**
*Defendant-Appellant*

**CHICCO USA, INC.,**
*Defendant*

---

2020-1102

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:09-cv-03339, Judge Edmond E. Chang.

---

## JUDGMENT

---

GEORGE PAZUNIAK, O'Kelly, Ernst, & Bielli, LLC, Wilmington, DE, argued for defendant-appellant.

RAYMOND P. NIRO, JR., Niro McAndrews LLC, Chicago, IL, argued for plaintiff-appellee.  Also represented by KYLE WALLENBERG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 8, 2020          /s/ Peter R. Marksteiner
        Date                       Peter R. Marksteiner
                                   Clerk of Court